, U.PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Pat Truglia**　　　　　　　　　　　　　　　　　　　　　Docket No. **21-08049M-2**

### Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW ELIZABETH AUSON PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Pat Truglia**, who was placed under pretrial release supervision by the **HONORABLE ANDRE ESPINOSA** sitting in the Court at **50 Walnut Street**, on **April 28, 2021**, under the following conditions:

*A $700,000 Unsecured Appearance Bond cosigned by the Ms. Mary Truglia.*

*1. Pretrial Services Supervision.*
*2. Surrender all passports/travel documents. Do not apply for new travel documents.*
*3. Travel restricted to the Florida and New Jersey for court and legal appearance only.*
*4. Maintain current residence or a residence approved by Pretrial Services.*
*5. Refrain from excessive use of alcohol.*
*6. Have no contact with the following individual(s): co-defendants and/or named coconspirators in the complaint, unless in the presence of counsel.*
*7. Federal Health Care Restriction: The Defendant shall not bill or cause to be billed Medicare, Medicaid, or any other federal health care program, with the exception that he may file these claims as to himself for personal health related claims.*
*Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest.*
*8. The defendant shall report to the United States Marshal Services for processing at a date to be determined.*

　　　　Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: Rescind/revoke the order of release set on April 28, 2021 and remand the defendant to the custody of the United States Marshal.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  30th  day of  September , 2021  and ordered filed and made a part of the records in the above case. | Executed on  9/30/2021 |
|   S/André M. Espinosa  <br>Honorable Andre Espinosa<br>U.S. Magistrate Judge | S/Elizabeth Auson<br><br>ELIZABETH AUSON<br>U.S. Pretrial Services Officer |